■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. JACOBSON, Appellant.— Judgment unanimously affirmed. Memorandum: In sentencing defendant it was error for the court to consider the fact that he refused to plead guilty and insisted upon his right to jury trial. Nevertheless, upon the facts of this case we find that the sentence was not excessive. (Appeal from judgment of Erie County Court convicting defendant of robbery, first degree.) Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ.

■ MICHAEL H. TAMBURO et al., Respondents, v. C. HOWARD MURPHY, Appellant.— Judgment unanimously affirmed, without costs, upon the opinion at Special Term. (Appeal from judgment of Cayuga Trial Term in action to enjoin trespass.) Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ. [72 Misc 2d 120.]

■ MANLEY ACKERMAN et al., Respondents v. CARL J. BURCH, Appellant. (Appeal No. 1.) — Order unanimously reversed, without costs and motion for summary judgment denied. Memorandum: This is the second time this action has been before us on defendant's claim that he has a right of way through the center of the property now owned by plaintiffs. On the first appeal (35 A D 2d 770) we stated that, although defendant's "contentions are not very impressive", we held that he "should be given an opportunity to interpose his defense" and present proof which he asserted existed to support his position that he did have a right of way. Although the County Court's memorandum acknowledged that "It may well be that defendant is entitled to an easement of necessity", the court held that defendant had failed "to create a triable issue of fact". We find that the supplemental affidavit of James O'Shea, the aerial maps and photographs raise an issue of fact as to the existence of a right of way by implication which cannot be resolved without a trial. In view of this decision the motion to hold in contempt is denied without prejudice to renew if there is further violation. (Appeal from order of Allegany County Court, in action under article 15 of the Real Property Law.) Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ.

■ MANLEY ACKERMAN et al., Respondents, v. CARL J. BURCH, Appellant. (Appeal No. 2.) — Order unanimously affirmed, without costs. Memorandum: The conveyance to the plaintiffs is in the record. We deem the pleadings amended to conform to the proof. (Appeal from order of Allegany County Court granting motion to substitute plaintiffs.) Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ.

■ CORINNE C. PADDOCK, Respondent, v. WILLIAM A. PADDOCK, Appellant.— Order unanimously affirmed, with costs, upon the opinion at Family Court. (Appeal from order of Wayne County Family Court modifying support order.) Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ.

■ GEORGE M. MARTIN, Public Administrator of Erie County, as Administrator of the Estate of HARRY R. MARTIN, Deceased, Appellant, v. BELMONT IRON WORKS et al., Respondents.— Order unanimously affirmed, without costs, upon the opinion at Special Term. (Appeal from order of Erie Special Term denying motion for judgment.) Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ.